STATE of Missouri, Respondent,

v.

Johnnie HARRIS, Appellant.

No. WD 47909.

Missouri Court of Appeals,
Western District.

May 10, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and FENNER and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of arson in the first degree, section 569.040, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

■

STATE of Missouri, Respondent,

v.

Roberta HARRIS, Appellant.

Roberta HARRIS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 46774, WD 48090.

Missouri Court of Appeals,
Western District.

May 10, 1994.

Catherine Connelly, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and FENNER and SPINDEN, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from conviction of two counts of delivery of a controlled substance, section 195.211, RSMo Supp.1993, and from denial of Rule 29.15 motion for postconviction relief.

Conviction affirmed pursuant to Rule 30.-25(b); postconviction appeal dismissed for abandonment, *State v. Barnard,* 820 S.W.2d 674, 677 (Mo.App.1991).